IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, Charles | Case Number: 05 B 37411 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 9/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: March 5, 2009
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 94,580.00 | |
| Secured: | | 70,450.66 |
| Unsecured: | | 8,531.90 |
| Priority: | | 9,076.77 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 5,320.67 |
| Other Funds: | | 0.00 |
| Totals: | 94,580.00 | 94,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,200.00 | 1,200.00 |
| 2. | Washington Mutual | Secured | 30,382.48 | 30,382.48 |
| 3. | Citibank | Secured | 6,560.00 | 6,560.00 |
| 4. | Internal Revenue Service | Secured | 32,528.52 | 32,528.52 |
| 5. | Citibank | Secured | 162.58 | 162.58 |
| 6. | Washington Mutual | Secured | 817.08 | 817.08 |
| 7. | Internal Revenue Service | Priority | 9,076.77 | 9,076.77 |
| 8. | ECast Settlement Corp | Unsecured | 49.04 | 120.78 |
| 9. | ECast Settlement Corp | Unsecured | 204.28 | 502.92 |
| 10. | Wells Fargo Fin Acceptance | Unsecured | 95.17 | 234.39 |
| 11. | Portfolio Recovery Associates | Unsecured | 232.41 | 572.19 |
| 12. | Capital One | Unsecured | 72.12 | 177.56 |
| 13. | ECast Settlement Corp | Unsecured | 551.73 | 1,358.80 |
| 14. | Portfolio Recovery Associates | Unsecured | 186.52 | 459.21 |
| 15. | American General Finance | Unsecured | 401.75 | 989.09 |
| 16. | American Express Travel Relate | Unsecured | 295.23 | 726.85 |
| 17. | Chase Home Finance | Unsecured | 229.68 | 565.48 |
| 18. | Resurgent Capital Services | Unsecured | 402.09 | 989.92 |
| 19. | American Express Travel Relate | Unsecured | 23.82 | 58.66 |
| 20. | ECast Settlement Corp | Unsecured | 184.55 | 454.34 |
| 21. | ECast Settlement Corp | Unsecured | 203.40 | 500.77 |
| 22. | Specialized Management Consultants | Unsecured | 31.90 | 78.54 |
| 23. | Internal Revenue Service | Unsecured | 301.44 | 742.40 |
| 24. | Onyx Acceptance Corp | Secured | | No Claim Filed |
| 25. | Onyx Acceptance Corp | Unsecured | | No Claim Filed |
| 26. | CitiFinancial | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Washington, Charles

Printed: 03/10/09

Case Number: 05 B 37411
Judge: Hollis, Pamela S
Filed: 9/14/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 28. CitiFinancial | Unsecured | | No Claim Filed |
| 29. Senex Services Corp | Unsecured | | No Claim Filed |
| | | $ 84,192.56 | $ 89,259.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,211.83 |
| 5% | 234.32 |
| 4.8% | 785.95 |
| 5.4% | 1,312.81 |
| 6.5% | 1,157.99 |
| 6.6% | 617.77 |
| | $ 5,320.67 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: